# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MARTINEZ, | No.   CV 17-4723 PA |
|        Petitioner-Defendant | CR 04-415 PA |
|    v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
|        Respondent-Plaintiff, | |

Pursuant to the Court's May 8, 2018 minute order denying dismissing the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by petitioner-defendant Alejandro Martinez,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner-defendant's Motion Pursuant to 28 U.S.C. § 2255 is denied and this action is dismissed with prejudice.

DATED: May 8, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE